IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|                              |   |                      |
|------------------------------|---|----------------------|
| UNITED STATES OF AMERICA,    | ) |                      |
| Plaintiff,                   | ) |                      |
| VS.                          | ) | CR. NO. 1:19-10035-STA |
| RAUL IVAN ROJAS-GONZALEZ,    | ) |                      |
| Defendant.                   | ) |                      |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on May 28, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Raul Ivan Rojas-Gonzalez, appearing in person, and with counsel, Jawara Griffin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 27, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 28th day of May, 2019.

                                                    s/ S. Thomas Anderson
                                             CHIEF JUDGE, U. S. DISTRICT COURT